669 A.2d 953

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dorothy Rose FARBO, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 19, 1995.

Decided Jan. 18, 1996.

Paul R. Gettleman, Portersville, for Dorothy Farbo and Dorothy Farbo, Pro Se.

David Tulowitzki, Ebensberg and Christian A. Fisanick, Barnesboro, for the Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM.

Appeal DISMISSED as having been improvidently granted.